# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Randy T. Wray<br><br>**Debtor(s)** | **BK NO. 18-04534 RNO**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322